# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EMILY EVANS and CAITLIN HASSETT, on behalf of themselves and all others similarly situated, | Case No. 1:22-cv-06301 |
| | Hon. Virginia M. Kendall |
| Plaintiffs, | |
| v. | |
| CHURCH & DWIGHT CO., INC., | |
| Defendant. | |

## JOINT NOTICE CONCERNING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The Parties hereby submit this joint notice to update the Court on the status of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

1. On April 11, 2023, the Parties filed a Joint Notice of Settlement. ECF No. 50.

2. In doing so, the Parties indicated to the Court that Plaintiffs would file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement on or before May 10, 2023. *Id.*

3. The Parties, however, need additional time to finalize their Settlement Agreement, and therefore require an additional time for Plaintiffs to file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

4. The Parties expect to finalize their Settlement Agreement and for Plaintiffs to file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement by May 25, 2023.

Dated: May 8, 2023                    Respectfully submitted,

By: */s/ Max S. Roberts*
      Max S. Roberts

Max S. Roberts
**BURSOR & FISHER, P.A**
888 Seventh Avenue
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

Sarah N. Westcot (*Pro Hac Vice*)
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: 305-330-5512
Fax: 925-407-2700
Email: swestcot@bursor.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLC**
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: (312) 984-0000
Facsimile: (312) 686-0114
Email:  malmstrom@whafh.com

Jeffrey M. Ostrow
**KOPELOWITZ OSTROW**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Email: ostrow@kolawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@milberg.com

Nick Suciu III
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Erin J. Ruben
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
Email: eruben@milberg.com

Bryan F Aylstock *(Pro Hac Vice)*
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
Email: baylstock@awkolaw.com

R. Jason Richards *(Pro Hac Vice)*
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street
Pensacola, FL 32505
Tel: (850) 202-1010
Email: JRichards@awkolaw.com

Kiley L. Grombacher*
Marcus J. Bradley*
**BRADLEY/GROMBACHER, LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

Kevin Laukaitis
**LAUKAITIS LAW FIRM LLC**
737 Bainbridge Street #155
Philadelphia, PA 19147
Telephone: (215) 789-4462
E-Mail: klaukaitis@laukaitislaw.com

Paul K. Joseph*
**FITZGERALD JOSEPH LLP**
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone: (619) 215-1741
Facsimile: (619) 331-2943

*Pro hac vice forthcoming*

*Attorneys for Plaintiffs*

By: */s/ Baldassare Vinti*
        Baldassare Vinti

Todd J. Ohlms
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, Illinois 60602
Tel: (312) 962-3537
Email: tohlms@proskauer.com

Baldassare Vinti *(Pro Hac Vice)*
Jeffrey Warshafsky *(Pro Hac Vice)*
Jennifer Yang *(Pro Hac Vice)*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Tel: (212) 969-3000
Email: bvinti@proskauer.com
          jwarshafsky@proskauer.com
          jyang@proskauer.com

*Attorneys for Defendant*

4

## **CERTIFICATE OF SERVICE**

    I, Max S. Roberts, hereby certify that on May 8, 2023, a copy of the foregoing document was filed electronically using the CM/ECF System, which will send notification of such filing to all counsel of record.

By: */s/ Max S. Roberts*
Max S. Roberts
