**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| EMILY EVANS and CAITLIN HASSETT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Case No.: 22-CV-6301<br><br>Judge Virginia M. Kendall |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT,**
**AND APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs, Emily Evans and Caitlin Hassett, individually, and on behalf of the Settlement Class[1], file their Unopposed Motion for Final Approval of Settlement Agreement, and Application for Attorneys' Fees, Costs, and Service Awards. The Motion for Final Approval is set for a Final Approval Hearing on **October 16, 2023 at 10:00 a.m.**

In support of the Motion for Final Approval, Plaintiffs submit their Memorandum of Law in support; the Agreement (*Exhibit 1* to the Memorandum); the Joint Declaration of Settlement Class Counsel (*Exhibit 2* to the Memorandum); the Declaration of the Settlement Administrator Steven Weisbrot (*Exhibit 3* to the Memorandum); a proposed Final Approval Order as to the Settlement (*Exhibit 4* to the Memorandum); and a proposed Order Granting the Application for Attorneys' Fees, Costs and Service Awards (*Exhibit 5* to the Memorandum).

---

[1] Unless otherwise stated, all defined terms herein have the meaning given to such terms in the Settlement Agreement and Releases. *See* Mem. at Ex. 1.

1

For the reasons set forth in the Memorandum, after the Final Approval Hearing, Plaintiffs respectfully ask this Court to: (1) grant Final Approval of the Settlement; (2) certify for settlement purposes only the Settlement Class, pursuant to Fed. R. Civ. P. 23(b)(3) and (e); (3) re-appoint Plaintiffs as Class Representatives; (4) re-appoint as Class Counsel the attorneys previously appointed in the Preliminary Approval Order; (5) approve the requested Service Awards; (6) award Class Counsel attorneys' fees and costs; and (7) enter Final Judgment dismissing the Action with prejudice.

Dated: September 1, 2023

Respectfully submitted,

By: */s/ Jeff Ostrow*
Jeff Ostrow

**KOPELOWITZ OSTROW P.A.**
Jeff Ostrow
Kristen Lake Cardoso
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Fax: (954) 525-4300
E-mail: ostrow@kolawyers.com
cardoso@kolawyers.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot*
Max S. Roberts
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Fax: (212) 989-9189
E-mail: swestcot@bursor.com
mroberts@bursor.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
Nick Suciu III
Erin J. Ruben
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

Telephone: (866) 252-0878
E-mail: gklinger@milberg.com
nsuciu@milberg.com
eruben@milberg.com

*Admitted Pro Hac Vice*

*Attorneys for the Settlement Class*

## CERTIFICATE OF SERVICE

This is to certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF electronic service system, which will send notification of such filing to parties of record.

*/s/ Jeff Ostrow*
Jeff Ostrow