# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emily Evans, et al.

                      Plaintiff,

v.                                                       Case No.: 1:22–cv–06301
                                                              Honorable Virginia M. Kendall

Church & Dwight Co., Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Final Prove Up hearing held on 10/16/2023. Plaintiffs' Motion for Final Approval of Settlement Agreement and Application of Attorneys' Fees, Costs and Service Awards [67] is granted. Orders to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.